IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DALE MARCZAK,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>LEHUA COCKTAIL LOUNGE, INC.,<br><br>　　　　Defendants.<br>_____ | CIVIL NO.  07-00418 JMS KSC |

## ORDER ADOPTING MAGISTRATE'S FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on February 28, 2008, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the Findings and Recommendation are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, March 14, 2008.



　　　　　　　　　　　　　　　　/s/ J. Michael Seabright
　　　　　　　　　　　　　　　　J. Michael Seabright
　　　　　　　　　　　　　　　　United States District Judge